IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL GILLIN, ET AL., | : |
| | : |
| Plaintiffs, | : CIVIL ACTION |
| | : |
| | : NO. 09-5855 |
| v. | : |
| | : |
| UNIVERSAL UNDERWRITERS | : |
| INSURANCE COMPANY, | : |
| | : |
| Defendant. | : |



FILED
MAR - 4 2011

## ORDER

AND NOW this 1st day of March, 2011, upon consideration of Defendant, Universal Underwriters Insurance Company's Motion for Summary Judgment (Doc. 10); Plaintiffs, Michael Gillin and Ace & Sons, Inc.'s Response in Opposition thereto (Doc.18) and Defendant's Reply to Plaintiff's Response in Opposition (Docs. 19-20), **IT IS HEREBY ORDERED AND DECREED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that

1. Count one of Plaintiffs' Complaint is **DISMISSED WITHOUT PREJUDICE.**

2. Count two of Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark the above-captioned case as **CLOSED.**

BY THE COURT:

*/s/ Petrese B. Tucker*
Hon. Petrese B. Tucker, U.S.D.J.